THE PEOPLE OF THE STATE OF NEW YORK ex rel. 19 RECTOR ST. CORPORATION, Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Appellants.

Argued May 26, 1942; decided June 18, 1942.

*William C. Chanler*, Corporation Counsel (*Arthur H. Goldberg* and *Arthur A. Segall* of counsel), for appellants.

*Robert J. Silberstein* and *Victor S. Gettner* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.